536

114 A.3d 413

COMMONWEALTH of Pennsylvania, Respondent

v.

Graham B. SPANIER, Petitioner.

No. 29 MM 2015.

Supreme Court of Pennsylvania.

May 6, 2015.

## ORDER

PER CURIAM.

AND NOW, this 6th day of May, 2015, the Application to File Under Seal and the Application for Leave to File Response are **GRANTED**, and the Application for Extraordinary Relief is **DENIED, WITHOUT PREJUDICE** to Petitioner's challenges pending in the Superior Court. *See Commonwealth v. Spanier*, 304 MDA 2015; *Commonwealth v. Spanier*, 15 MDM 2015.

Justice STEVENS joins the Order in all respects, except that he would deny the application to file under seal.